IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| REBECCA GUNTHER, a single woman, )<br>)    No. CV 10-1585 PHX SRB<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>BANK OF AMERICA; a corporation authorized to )<br>do business in Arizona, )<br>)<br>    Defendant. )<br>)<br>) | **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

    Having considered the stipulation filed by the parties, and good cause appearing.

    IT IS ORDERED the case be dismissed with prejudice, each side bearing it's own attorney's fees and costs [Doc. 18].

Dated this 13th day of December, 2010.

_____
Susan R. Bolton
United States District Judge

-- 1